**Appeal Dismissed and Memorandum Opinion filed August 12, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00586-CR
_____

## EX PARTE WILLIAM SOLOMON LEWIS

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1678565**

## MEMORANDUM OPINION

William Solomon Lewis appealed from an order denying his application for a writ of habeas corpus, in which he sought reduction of pretrial bond. On July 1, 2021, Lewis was convicted of retaliation and sentenced to confinement for eight years in prison. Our record has been supplemented with the judgment of that conviction.

Issues regarding pretrial bail are moot when the accused is no longer subject to pretrial confinement. *See Martinez v. State*, 826 S.W.2d 620, 620 (Tex. Crim.

App. 1992); *Bennet v. State*, 818 S.W.2d 199, 200 (Tex. App.—Houston [14th Dist.] 1991, no pet.). Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Bourliot, and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b).